## IN THE UNITED STATES OF AMERICA
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**EMMA WILSON**                                                                                **PLAINTIFF**

**V.**                                              **3:06CV00098 JMM**

**COUNSELING CONSULTANTS, INC.**                                          **DEFENDANT**

### ORDER DENYING MOTION TO COMPEL

Pending is the Plaintiff's Motion to Compel Discovery. After review of the Defendant's response to the motion, the Court finds that the Motion to Compel (Docket # 23) is DENIED.

IT IS SO ORDERED this 25th day of June 2008.

_____
James M. Moody
United States District Judge