**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**UNITED STATES OF AMERICA,** *ex rel.*
**EMMA WILSON**                                                                      **PLAINTIFF**

**V.**                                              **3:06CV00098 JMM**

**COUNSELING CONSULTANTS, INC.**                                      **DEFENDANT**

<u>**ORDER**</u>

Pending is Plaintiff's Motion to Reconsider the Court's Order denying Plaintiff's motion

to compel discovery.  The Motion to Reconsider (Docket # 35) is DENIED.

IT IS SO ORDERED this 15th day of July 2008.

_____
James M. Moody
United States District Judge