IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**UNITED STATES OF AMERIC,** *ex rel.*
**EMMA WILSON**                                                                                    **PLAINTIFF**

**V.**                                           **3:06CV00098 JMM**

**COUNSELING CONSULTANTS, INC.**                                           **DEFENDANT**

## ORDER

Pending is the Motion for Summary Judgment filed by the Defendant on July 7, 2008. The Plaintiff has responded and the Defendant has replied. Plaintiff requests an additional two (2) months to complete discovery before the Court rules on the Motion for Summary Judgment. In the interests of justice, the Court will GRANT the Plaintiff's motion for extension of the discovery deadline. Therefore, the new discovery deadline will be October 10, 2008. Plaintiff will have until October 17, 2008 to submit any supplemental briefing on the Motion for Summary Judgment. Defendant will have until October 24, 2008 to respond. The trial in this matter is also continued. The trial will be rescheduled by separate order.

IT IS SO ORDERED this 11th day of August 2008.

_____
James M. Moody
United States District Judge