IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA, *ex rel.*
EMMA WILSON                                                                     PLAINTIFF

V.                      3:06CV00098 JMM

COUNSELING CONSULTANTS, INC.                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered on January 7, 2009, Judgment is hereby entered in favor of the Defendant. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of January 2009.

_____
James M. Moody
United States District Judge